FILED

06/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0193

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0193

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RANDEE RAE DURAN,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 3, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 19 2023